# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

HAMILTON, PHYLLIS J. | 2. Court or Organization

US DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | 3. Date of Report

05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)

☐ Nomination ☐ Date
☐ Initial ☑ Annual ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2013
to
12/31/2013 |
| 7. Chambers or Office Address

US DISTRICT COURT
1301 CLAY STREET
OAKLAND, CA 94612 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01-12 2013 | SAFEWAY, INC - SALARY |
| 2. | 01-12 2013 | PUBLIC EMPLOYEES RETIREMENT SYSTEM - RETIREMENT BENEFITS |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Antitrust Institute | Aug 22-24, 2013 | Palo Alto, CA | Educational Seminar | Lodging and meals underwritten by the American Antitrust Institute |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FDIC (took over Colonial Bank) | MORTGAGE ON RENTAL PROPERTY, COLUMBIA, SC (Pt. VII, line 3) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank - IRA | A | Interest | | | Distributed (part) | 08/05/13 | J | | |
| 2. | | | | | Closed | 08/05/13 | L | | Transfer to Ally Bank IRA |
| 3. Rental Property, Columbia, SC | A | Rent | | | Sold | 02/01/13 | J | | Transfer to Farrow Rd LLC |
| 4. Farrow Rd LLC | | None | K | W | Buy | 02/01/13 | J | | |
| 5. Wells Fargo Bank Accounts | B | Interest | M | T | | | | | |
| 6. Ally Bank Accounts | A | Interest | M | T | | | | | |
| 7. Ally Bank - IRA | A | Interest | L | T | Open | 08/13/13 | L | | |
| 8. E-Trade Bank Accounts | C | Interest | J | T | | | | | |
| 9. American Express Bank Account | A | Interest | K | T | | | | | |
| 10. Intel Stock | A | Dividend | J | T | | | | | |
| 11. Agilent Stock | | None | J | T | | | | | |
| 12. Microsoft Stock | | None | J | T | | | | | |
| 13. Nasdaq 100 Fund | | None | K | T | | | | | |
| 14. Janus Worlwide Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Harbor Bond Fund Mutual Fund | A | Dividend | L | T | Buy (add'l) | 10/10/13 | J | | |
| 16. Vanguard Index 500 Mutual Fund | B | Dividend | K | T | | | | | |
| 17. Janus Mercury Fund Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Safeco Equity Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Wells Fargo Advantage Fund (formerly known as Strong) | A | Dividend | J | T | Buy (add'l) | 06/03/13 | J | | |
| 20. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 21. US Savings Bonds | C | Interest | M | T | | | | | |
| 22. Fidelity Puritan Fund | A | Dividend | M | T | | | | | |
| 23. Lifepath Index 2020 | A | Dividend | K | T | | | | | |
| 24. PIMCO Total Return | D | Dividend | L | T | | | | | |
| 25. Hartford Int'l Opportunity HLS | A | Dividend | J | T | | | | | |
| 26. Hartford Small Company HLS | A | Dividend | J | T | | | | | |
| 27. Lord Abbett Small Cap Value | A | Dividend | J | T | | | | | |
| 28. Vanguard Dividend Growth Fund | D | Dividend | J | T | Buy (add'l) | 08/07/13 | J | | |
| 29. Vanguard GNMA Fund | C | Dividend | J | T | Buy (add'l) | 11/04/13 | J | | |
| 30. Vanguard Small Cap Index Fund | A | Dividend | K | T | Buy | 08/14/13 | K | | |
| 31. | | | | | Buy (add'l) | 09/18/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PHYLLIS J. HAMILTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544